# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TONIA WHITT,**

       **Plaintiff,**

**v.**                                                   **Case No:   6:15-cv-783-Orl-31TBS**

**WINGSPAN PORTFOLIO ADVISORS, LLC,**

       **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Amended Motion for Final Default Judgment (Doc. No. 14), filed August 20, 2015.

On September 3, 2015, the United States Magistrate Judge issued a report (Doc. No. 16) recommending that the motion be granted. No objections have been filed.   Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Default Judgment is **GRANTED.   T**he Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant in the amount of $82,645.84 and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 21, 2015.

                                                             GREGORY A. PRESNELL
                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party